NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney

JS-6

Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
        Social Security Administration, Region IX
        160 Spear St., Suite 800
        San Francisco, CA  94105
        Telephone: 415-977-8977
        Facsimile: 415-744-0134
        e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

GUADALUPE VASQUEZ,

            Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:17-cv-06315-JGB-SHK

[~~PROPOSED~~] JUDGMENT OF
REMAND

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 1/31/18

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-